AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FILED
DEC 10 2012
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3-12-71211 MAG |
| JEFFREY WALL | ) | |
| | ) | Charging District: District of Kansas |
| Defendant | ) | Charging District's Case No. 12-20083 KHV/JPO |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>District of Kansas<br>500 State Avenue<br>Kansas City, Kansas 66101 | Courtroom No.: Magistrate Judge James P. O'Hara |
|---|---|---|
| | | Date and Time: December 19, 2012 at 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: December 10, 2012

_____
Judge's signature

LAUREL BEELER, U.S. MAGISTRATE JUDGE
*Printed name and title*